```
 1
 2
 3
 4
 5
 6                                              JS - 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  R. L. H., III a minor by )    Case No. EDCV 07-942-VAP
    and through his Guardian )    (JCRx)
12  ad Litem, TRACI HUNTER,  )
                             )    JUDGMENT
13              Plaintiff,   )
                             )
14       v.                  )
                             )
15  UNITED SERVICES          )
    AUTOMOBILE ASSOCIATION,  )
16  USAA INS. CO., USAA      )
    CASUALTY INSURANCE       )
17  COMPANY, and DOES 1      )
    through 20, inclusive,   )
18                           )
                Defendants.  )
19  _____)
20
    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
21
         Pursuant to the Order filed herewith, IT IS ORDERED
22
    AND ADJUDGED that Judgment is entered in favor of
23
    Defendant USAA Casualty Insurance Company on Plaintiff's
24
    Complaint and the Complaintis DISMISSED WITH PREJUDICE.
25
    The Court orders that such judgment be entered.
26
                                   /s/ Virginia A. Phillips
27
    Dated: April 10, 2008       _____
28                                    VIRGINIA A. PHILLIPS
                                   United States District Judge
```